AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Sean Simon John Joyce
DOB: 11/12/66

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1687-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 12, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

on an aircraft in the special aircraft jurisdiction of the United States, assault and intimidate a flight crew member and flight attendant of the aircraft, and did thereby interfere with the performance of the duties of the member and attendant and lesson the ability of the member and attendant to perform those duties

in violation of Title 49 United States Code, Section(s) 46504

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Scott P. Dietsche

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

Signature of Complainant
SCOTT P. DIETSCHE

Sworn to before me and subscribed in my presence,

7-12-05          at    Boston, MA
Date                        City and State

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.