UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.            )<br>)<br>SEAN SIMON JOHN JOYCE    ) | **05 CR 10198 MLW**<br>CRIMINAL NO. |

**INFORMATION**

COUNT ONE:    49 U.S.C. §46504 -- Interference with Flight Crew Members and Attendants

The United States Attorney charges that:

On or about July 11, 2005, at East Boston, in the District of Massachusetts, and on an aircraft in the special aircraft jurisdiction of the United States,

SEAN SIMON JOHN JOYCE,

defendant herein, did assault and intimidate a flight crew member and flight attendant of US Airways Flight 94, and did thereby interfere with the performance of the duties of the member and attendant and lessened the ability of those persons to perform those duties.

All in violation of Title 49, United States Code, Section 46504.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

August 3, 2005

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )      CRIMINAL NO.
     v.                     )
                            )
SEAN SIMON JOHN JOYCE       )
```

## WAIVER OF INDICTMENT

Defendant Sean Simon John Joyce, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

```
                              _____
                              SEAN SIMON JOHN JOYCE


                              _____
                              Michael C. Andrews, Esq.
                              Attorney for Defendant
```

Date: August ___, 2005

05 CR 10198 MLW

§JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                      U.S. District Court - District of Massachusetts

Place of Offense: East Boston    Category No. III    Investigating Agency FBI

City   East Boston    Related Case Information:

County   Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   05-1687-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SEAN SIMON JOHN JOYCE    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   London, England

Birth date (Year only): 1966    SSN (last 4 #): ____    Sex M    Race: ____    Nationality: British

Defense Counsel if known:   Michael C. Andrews, Esq.    Address: 21 Custom House
Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Timothy Q. Feeley    Bar Number if applicable   160950

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect:   N/A

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:   July 12, 2005

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Swartwood, M.J.   on   July 15, 2005

Charging Document:   ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:   ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 3, 2005    Signature of AUSA:   /s/ Timothy Feeley

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse         05 CR 10198 MLW

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SEAN SIMON JOHN JOYCE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 49 U.S.C. §46504 | Interference with Flight Crew Members | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**