UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>SEAN SIMON JOHN JOYCE ) | Cr. No. 05-10198-MLW |

**MOTION RE: SENTENCING ORDER**

Pursuant to the Court's directive at the time of the sentencing of Mr. Joyce, undersigned counsel hereby informs the Court that Mr. Joyce left the United States from Logan International Airport aboard a Virgin Atlantic flight bound for England at approximately 7:30 pm on September 7, 2005.

Respectfully Submitted,

By his attorney

       /s/ Michael C. Andrews       

Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470