UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10198

| United States of America | Sean Simon Joyce |
|---|---|
| PLAINTIFF | DEFENDANT |
| Timothy Feeley | Michael Andrews |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Plea/Sentencing Hearing |
|---|---|
| 9/7/05 | Court conducts a waiver of indictment colloquy. Court accepts the defendant's waiver of indictment. |
| | Court arraigns the defendant. Defendant waives the reading of the indictment. Defendant informs the court that he intends to plead guilty by way of an Alford Plea. Court conducts plea colloquy. Court accepts the defendant's Alford Plea. Court orders the clerk to enter the same. Court now proceeds with the sentencing phase of the hearing. Guidelines are as follows: TOL 7, CH I, 0-6 months custoday, 24-36 months supervised release, fine and $100 special assessment fee. Government recommends a sentence of time served and $100 special assessment fee. Defendant joins in the government's recommendation. Defendant addresses the court. Formal Sentencing Time served, 24 months supervised release on the standard conditions plus return to England promptly, by 12:00 PM on Friday 9/9/05. If he does not depart by said date and time he shall report to the probation department for supervision. $100 special assessment fee.. Court grants PTS request to return the defendant's passport to the defendant immediately in order to comply with the court's rulings. Defendant advised of his right to appeal and to counsel. |